TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JOSEPH G. RIEU
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
joseph.rieu@usdoj.gov
Attorneys for Plaintiff

☒ FILED    ☐ LODGED

**MAR 7 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 25-07227MJ |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO SEAL CASE |
| Luis German Palomo-Cantuna, | |
| Defendant. | (UNDER SEAL) |

The United States of America, by and through its undersigned attorneys, moves this Court for an order sealing this case until further order of the Court because the defendant is a fugitive.

Respectfully submitted this 7th day of March, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Digitally signed by JOSEPH RIEU (Affiliate)*
*Date: 2025.03.07 15:05:43 -07'00'*

JOSEPH G. RIEU
Special Assistant U.S. Attorney

cc: AUSA