AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) |
| Luis German PALOMO-Cantuna | ) Case No. 25-07227MJ |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Luis German PALOMO-Cantuna,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

The defendant, Luis German PALOMO-Cantuna, On or about July 12, 2023, at or near Lukeville, Arizona, in the District of Arizona, Luis German Palomo Cantuna, an alien, did knowingly and voluntarily enter the United States at a time and place other than as designated by Immigration Officers of the United States, in violation of Title 8, United States Code, Section 1325(a)(l) (Improper Entry by Alien), a Class B misdemeanor.

Date: 03/07/2025

s/ Debra D. Lucas, Clerk

*Issuing officer's signature*

City and state:  Tucson, Arizona

Maria S. Aguilera, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/12/25, and the person was arrested on *(date)* 3/28/25
at *(city and state)* New York, NY.

Date: 4/18/25

Subject arrested by HSI-NY
and in t... 4/22/25
in the District of Arizona.

*Arresting officer's signature*

*Printed name and title*

cc: USM (2cc), AUSA, PTS